UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Riley</u>

        v.                      NH Civil No. 1:12-cv-47

<u>United States of America</u>

## **O R D E R**

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date:   February 13, 2012

                                        <u>/s/ Joseph N. Laplante</u>
                                        Joseph N. Laplante
                                        Chief United States District Judge
                                        District of New Hampshire

cc:   Daniel Riley, pro se
       Clerk, US District Court – District of Maine

## **CONCURRING ORDER**



U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED

2012 FEB 14  A 11: 28

BY _____
DEPUTY CLERK

I concur that <u>George Z. Singal</u>, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge <u>Margaret J. Kravchuk</u> is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: *February 14, 2012*

/s/ John A. Woodcock, Jr.
Chief United States District Judge
District of Maine

cc:   Daniel Riley, pro se
      Clerk, USDC- District of New Hampshire