UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel Riley

v.                                      NH Civil No. 1:12-cv-47

United States of America

# ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date:   February 13, 2012

/s/ Joseph N. Laplante
Joseph N. Laplante
Chief United States District Judge
District of New Hampshire

cc:   Daniel Riley, pro se
      Clerk, US District Court – District of Maine

## CONCURRING ORDER



I concur that <u>George Z. Singal</u>, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge <u>Margaret J. Kravchuk</u> is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: February 14, 2012

_____
Chief United States District Judge
District of Maine

cc:   Daniel Riley, pro se
      Clerk, USDC- District of New Hampshire