```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE
```

Jason Riley,
    Petitioner

    v.                                      Civil No. 12-cv-47-GZS

United States of America,
    Respondent

## O R D E R

The Petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the petitioner's sentencing held on October 29, 2008, in United States v. Daniel Riley, 07-cr-189-01-GZS. The court has reviewed the motion.

The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for

in 28 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

**SO ORDERED.**

/S/ Margaret J. Kravchuk
Margaret J. Kravchuk
United States Magistrate Judge
Sitting By Designation

Date:    February 23,2012

cc:  Daniel Riley

2