UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel Riley

    v.

                                            NH Civil No. 1:12-cv-47-GZS

United States of America


ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #15, MOTION to Amend [1] Motion to Vacate Sentence - 2255 and Other Clarifications filed by Daniel Riley.

DATE:        July 9, 2012

The document above fails to comply with:    LR 15.1(a) & (b).

(a)  **Motions**.  A party who moves to amend a filing shall (i) attach the proposed amended filing to the motion to amend, (ii) identify in the motion or a supporting memorandum any new factual allegations, legal claims, or parties, and (iii) explain why any new allegations, claims, or parties were not included in the original filing.

(b)  **Amended Pleadings**.  Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, shall reproduce the entire filing as amended and may not incorporate any prior filing by reference, except by leave of court.

     The document will remain on file.  Unless a document curing the defect is filed by July 23, 2012, the original document will be treated as withdrawn and will not be ruled upon by a judicial officer.

     SO ORDERED.


Date: July 12, 2012                                    /s/ Margaret J. Kravchuk
                                                                  U.S. Magistrate Judge


cc:     Daniel Riley, pro se
        Seth R. Aframe, AUSA