UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANIEL RILEY, | ) |
| | ) |
|     Petitioner | ) |
| | ) |
| v. | ) 1:12-cv-00047-GZS |
| | ) 1:07-cr-00189-GZS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent | ) |

**ORDER**

Petitioner has filed a motion for reply due date (ECF No. 33) and an untimely Notice of intent to file a reply (ECF No. 32). The motion is granted. Petitioner's reply is due no later than December 26, 2012, and shall not exceed thirty (30) pages (inclusive of any exhibits and attachments).

*So Ordered.*
November 28, 2012          /s/ Margaret J. Kravchuk
                                         U.S. Magistrate Judge